THERESA RAHM, as Administratrix of JOHN RAHM, Deceased,
Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER
RAILROAD COMPANY, Respondent.

*Rahm* v. *N. Y. C. & H. R. R. R. Co.*, 122 App. Div. 895, appeal
dismissed.
(Argued January 22, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 24, 1908, unanimously affirming a judgment in favor
of defendant entered upon a dismissal of the complaint by the
court at a Trial Term and an order denying a motion for a
new trial in an action to recover for the death of plaintiff's
intestate alleged to have occurred through defendant's
negligence.

*Dennis O'Brien, S. K. Williams* and *B. C. Williams* for appellant.

*Daniel M. Beach* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.